**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                              Case No. 17-20643

    CAROLE R ROBINSON

        Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/11/2017.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 01/17/2018.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $866.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $866.00

### Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $725.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $40.27 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $766.00

Attorney fees paid and disclosed by debtor:      $300.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS SALES & LEASE OWNERSH | Secured | 100.00 | NA | 100.00 | 100.00 | 0.00 |
| AARONS SALES & LEASE OWNERSH | Unsecured | 2,915.23 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 372.00 | 857.33 | 857.33 | 0.00 | 0.00 |
| ARGOSY UNIVERSITY | Unsecured | 1,683.00 | NA | NA | 0.00 | 0.00 |
| ASSET RECOVERY SOLUTIONS | Unsecured | 1,280.00 | NA | NA | 0.00 | 0.00 |
| AT&T CORP | Unsecured | 247.00 | 1,520.39 | 1,520.39 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE CO | Unsecured | 3,282.00 | 7,819.55 | 7,819.55 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 8,285.00 | 5,450.40 | 5,450.40 | 0.00 | 0.00 |
| CITY OF EVANSTON | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| COBAR ACQUISITIONS | Unsecured | NA | 3,688.44 | 3,688.44 | 0.00 | 0.00 |
| COMCAST | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 3,928.75 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 4,267.43 | 4,581.13 | 4,581.13 | 0.00 | 0.00 |
| CREDIT COLLECTION SER | Unsecured | 1,789.29 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 785.00 | NA | NA | 0.00 | 0.00 |
| FIRST LOAN FINANCIAL | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| GERACI LAW LLC | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER INC | Unsecured | 1,347.00 | NA | NA | 0.00 | 0.00 |
| HENRY DANKO MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF TRANSPORTATION | Unsecured | 2,492.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 24,339.36 | 24,339.36 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 17,000.00 | 27,524.37 | 27,524.37 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 7,612.22 | 7,612.22 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 691.00 | NA | NA | 0.00 | 0.00 |
| MAGNUM CASH ADVANCE | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | Unsecured | 1,386.70 | 1,648.09 | 1,648.09 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 16,585.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 874.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| ROBERT J ADAMS & ASSOC | Priority | 3,700.00 | NA | NA | 0.00 | 0.00 |
| ROBERT J ADAMS & ASSOC | Priority | 310.00 | NA | NA | 0.00 | 0.00 |
| ROBERT J ADAMS & ASSOC | Priority | 60.00 | NA | NA | 0.00 | 0.00 |
| Rush Medical Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SAINT FRANCIS HOSP EVANSTON | Unsecured | 1,348.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | 6,500.00 | 6,500.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 10,085.63 | 16,585.63 | 0.00 | 0.00 |
| SHAWN DAVIES MD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE CORP | Unsecured | 1,673.00 | 3,077.94 | 3,077.94 | 0.00 | 0.00 |
| SKOKIE LIBRARY | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| SKOKIE SCHOOL DIST 68 | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| STAR CASH PROCESSING | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Unsecured | 1,000.00 | NA | 1,066.39 | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Secured | NA | 1,066.39 | 1,066.39 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 192.91 | 192.91 | 192.91 | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 125.80 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 12,356.00 | 14,792.95 | 14,792.95 | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SKOKIE | Unsecured | 132.13 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SKOKIE | Unsecured | 1,675.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF STONE PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $15,278.61 | $100.00 | $0.00 |
| **TOTAL SECURED:** | **$15,278.61** | **$100.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $27,524.37 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$27,524.37** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$85,620.51** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $766.00 |
| Disbursements to Creditors | $100.00 |
| **TOTAL DISBURSEMENTS** : | **$866.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/04/2018                    By:/s/ Tom Vaughn _____
                                                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**